FORM 26. Docketing Statement                                              Form 26 (p. 1)
                                                                           July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 22-2299

**Short Case Caption:** Crown Packaging Technology, Inc., et al. v. Belvac Production Machinery, Inc.

**Filing Party/Entity:** Belvac Production Machinery, Inc.

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Western District of Virginia | 6:18-cv-0070-NKM | Patent Infringement |

**Relief sought on appeal:** ☐ None/Not Applicable

Affirmance of judgment for defendant on alleged infringement of U.S. Patent Nos. 9,968,982, 9,308,570, and 10,751,784; reversal of judgment that the asserted claims of the same patents are not invalid

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

No relief awarded for alleged infringement; no judgment of invalidity of asserted patent claims awarded under on-sale bar, for lack of written description, or for obviousness

**Briefly describe the judgment/order appealed from:**

Judgment for defendant on asserted patent infringement; judgment that asserted patent claims are not invalid (Dkt. 346)

**Nature of judgment (select one):**       **Date of judgment:** 9/1/22

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

FORM 26. Docketing Statement     Form 26 (p. 2)
                                 July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☐ None/Not Applicable

Crown Packaging Technology, Inc., et al. v. Belvac Production Machinery, Inc. (22-2300)

Issues to be raised on appeal: ☐ None/Not Applicable

Whether the district court correctly entered judgment for defendant; whether the asserted patent claims are invalid under the on-sale bar, for lack of written description, and/or as obvious

Have there been discussions with other parties relating to settlement of this case?
☑ Yes  ☐ No

If "yes," when were the last such discussions?
  ☐ Before the case was filed below
  ☑ During the pendency of the case below
  ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☑ Yes   ☐ No

If they were mediated, by whom?

U.S. Magistrate Judge Robert Ballou

Do you believe that this case may be amenable to mediation? ☑ Yes  ☐ No

Explain.

Belvac believes that the jury's verdict of noninfringement and no invalidity has altered the parties' pre-trial positions enough to warrant further attempts at mediation.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 11/30/22                Signature: /s/ Brian D. Schmalzbach

                              Name:      Brian D. Schmalzbach

Save for Filing