**Nos. 22-2299, -2300**

# United States Court of Appeals for the Federal Circuit

CROWN PACKAGING TECHNOLOGY, INC.,
CARNAUDMETALBOX ENGINEERING LTD.,
*Plaintiffs-Appellants*

v.

BELVAC PRODUCTION MACHINERY, INC.,
*Defendant-Cross-Appellant*

Appeals from the United States District Court for the Western District of Virginia in No. 6:18-cv-00070-NKM-RSB, Senior Judge Norman K. Moon.

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' OPENING BRIEF**

February 7, 2023

**BAKER & HOSTETLER LLP**
Daniel J. Goettle
Jeffrey Lesovitz
Stephanie Hatzikyriakou
Robert Patrick Leeson
1735 Market Street
Suite 3300
Philadelphia, PA  19103-7501
(215) 568-3100

*Attorneys for Plaintiffs-Appellants*

FORM 9. Certificate of Interest                                    Form 9 (p. 1)
                                                                    July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### **CERTIFICATE OF INTEREST**

**Case Number** 22-2299, -2300

**Short Case Caption** Crown Packaging Technology, Inc. v. Belvac Production Machinery, Inc.

**Filing Party/Entity** Crown Packaging Technology, Inc., CarnaudMetalbox Engineering Ltd.

**Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box**. Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 11/30/2022         Signature: /s/ Daniel J. Goettle

                         Name: Daniel J. Goettle

FORM 9. Certificate of Interest                                       Form 9 (p. 2)
                                                                      July 2020

| 1. Represented Entities.<br>Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest.<br>Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders.<br>Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Crown Packaging Technology, Inc. | | Crown Holdings Incorporated |
| CarnaudMetalbox Engineering Ltd. | | Crown Holdings Incorporated |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

FORM 9. Certificate of Interest                                            Form 9 (p. 3)
                                                                           July 2020

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable        ☐ Additional pages attached

| Alaina J. Lakawicz<br>Baker & Hostetler LLP | Amanda M. Morgan<br>Gentry Locke Rakes & Moore, LLP | Glenn Walthall Pulley<br>Gentry Locke Rakes & Moore, LLP |
|---|---|---|
| Paul B. Waxler<br>formerly of Baker & Hostetler LLP | | |
| | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☑ None/Not Applicable        ☐ Additional pages attached

|   |   |   |
|---|---|---|
|   |   |   |
|   |   |   |
|   |   |   |

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable        ☐ Additional pages attached

|   |   |   |
|---|---|---|
|   |   |   |

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Rule 26(b) of the Federal Circuit Rules, Plaintiffs-Appellants Crown Packaging Technology, Inc., and CarnaudMetalbox Engineering Ltd. ("Appellants"), respectfully move to extend the time for their opening brief in the above-captioned case by 14 days. Counsel for Defendant-Cross-Appellant ("Cross-Appellant") consents to this extension and does not oppose this motion. There has been one previous extension of 30 days granted to Appellants in this case. Dkt. 16.

Good cause exists for this extension. An extension will accommodate a number of professional and personal conflicts, including numerous obligations owed to other clients in other matters and for which Appellants' various counsel is responsible, including: briefing in *Vroom, Inc. v. Sidekick Tech., LLC*, No. 23-1362 (Fed. Cir.); expert discovery and depositions in *Ball Metal Beverage Container Corp. v. Crown Packaging Technology, Inc., et. al.*, No. 3:12-cv-033 (S.D. Ohio); and trial preparation in *IGT, IGT Canada Solutions ULC v. Zynga Inc.*, No. 6:21-CV-331-ADA (W.D. Tex.).

Appellants' request is reasonably tailored to accommodate counsel's professional and personal conflicts in this case.

For the Court's convenience, Appellants set forth below the new due date for the opening brief:

|  | **Original Due Date** | **New Due Date** |
|---|---|---|
| Opening Brief | February 16, 2023 | March 2, 2023 |

Date:  February 7, 2023

Respectfully submitted,

*/s/ Stephanie Hatzikyriakou*
Daniel J. Goettle
Jeffrey Lesovitz
Stephanie Hatzikyriakou
Robert Patrick Leeson
BAKER & HOSTETLER LLP
1735 Market Street
Suite 3300
Philadelphia, PA  19103-7501
(215) 568-3100

*Attorneys for Plaintiffs-Appellants*

FORM 19. Certificate of Compliance with Type-Volume Limitations

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 22-2299, -2300

**Short Case Caption:** Crown Packaging Technology, Inc. v. Belvac Production Machinery, Inc.

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes __207__ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 02/07/2023

Signature: /s/ Stephanie Hatzikyriakou

Name: Stephanie Hatzikyriakou