# Nos. 22-2299 (L), 22-2300

## In the
# United States Court of Appeals
## For the Federal Circuit

---

CROWN PACKAGING TECHNOLOGY, INC.,
CARNAUDMETALBOX ENGINEERING LTD.,

*Plaintiffs-Appellants,*

v.

BELVAC PRODUCTION MACHINERY, INC.,

*Defendant-Cross Appellant,*

---

Appeals from the United States District Court
for the Eastern District of Virginia in No. 6:18-cv-00070-NKM-RSB
before Senior Judge Norman K. Moon

---

**MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF CROSS-APPELLANT BELVAC PRODUCTION MACHINERY, INC.**

---

Brian D. Schmalzbach
Brian C. Riopelle
David E. Finkelson
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-4746
Facsimile: (804) 698-2304
bschmalzbach@mcguirewoods.com
briopelle@mcguirewoods.com
dfinkelson@mcguirewoods.com

*Counsel for Cross-Appellant*
*Belvac Production Machinery, Inc.*

FORM 9. Certificate of Interest   Form 9 (p. 1)
   July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF INTEREST

**Case Number**   22-2299, -2300
**Short Case Caption**   Crown Packaging Technology, Inc., et al. v. Belvac Production Machinery, Inc.
**Filing Party/Entity**   Belvac Production Machinery, Inc.

**Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box**. Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 3/15/2023   Signature:   /s/ Brian D. Schmalzbach

   Name:   Brian D. Schmalzbach

FORM 9. Certificate of Interest　　　　　　　　　　　　　　　　　　　　　　　Form 9 (p. 2)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　July 2020

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Belvac Production Machinery, Inc. | | Dover Engineered Systems, Inc. |
| | | Delaware Capital Holdings, Inc. |
| | | Delaware Capital Formation, Inc. |
| | | Dover Corporation |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

FORM 9. Certificate of Interest                                                           Form 9 (p. 3)
                                                                                            July 2020

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐  None/Not Applicable            ☐  Additional pages attached

| | | |
|---|---|---|
| McGuireWoods LLP - Matthew G. Rosendahl | | |
| McGuireWoods LLP - George B. Davis | | |
| | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☑  None/Not Applicable            ☐  Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑  None/Not Applicable            ☐  Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Pursuant to Federal Circuit Rules 26(b) and 27, Cross-Appellant Belvac Production Machinery, Inc. ("Belvac") respectfully requests the following extension of time in which to file its cross-appellant's brief. Belvac's brief is currently due April 11, 2023. Belvac requests an extension of thirty (30) days, which would extend the due date for its brief to May 11, 2023. This is Belvac's first request for extension of time to file its cross-appellant's brief.

As explained more fully in the attached Declaration of Brian D. Schmalzbach, good cause exists for an extension because of the need for additional time to (1) evaluate and address the opening brief of Appellants Crown Packaging Technology, Inc. and CarnaudMetalbox Engineering Ltd. (collectively, "Crown"); (2) address Belvac's cross-opening arguments, including on the invalidity of the asserted claims; and (3) counter-designate the additional materials from which the joint appendix will be prepared.

Crown consents to an extension of 30 days. Belvac therefore respectfully requests that this Court grant this motion and extend the deadline to file the cross-appellant's brief to May 11, 2023.

Dated:  March 15, 2023

Respectfully submitted,

*/s/ Brian D. Schmalzbach*
Brian D. Schmalzbach
Brian C. Riopelle
David E. Finkelson
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-4746
Facsimile: (804) 698-2304
bschmalzbach@mcguirewoods.com
briopelle@mcguirewoods.com
dfinkelson@mcguirewoods.com

*Counsel for Cross-Appellant*
*Belvac Production Machinery, Inc.*

## CERTIFICATE OF COMPLIANCE

This Motion complies with the type-volume limitation of the Federal Rule of Appellate Procedure 27(d)(2)(A) because it has been prepared using a proportionally spaced typeface and includes fewer than 5,200 words.

*/s/ Brian D. Schmalzbach*
Brian D. Schmalzbach

*Counsel for Cross-Appellant*
*Belvac Production Machinery, Inc.*

## CERTIFICATE OF SERVICE

I certify that on March 15, 2023, I filed the foregoing with the Clerk of this Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

*/s/ Brian D. Schmalzbach*
Brian D. Schmalzbach

*Counsel for Cross-Appellant*
*Belvac Production Machinery, Inc.*

# Nos. 22-2299 (L), 22-2300

## In the
# United States Court of Appeals
## For the Federal Circuit

---

CROWN PACKAGING TECHNOLOGY, INC.,
CARNAUDMETALBOX ENGINEERING LTD.,

*Plaintiffs-Appellants,*

v.

BELVAC PRODUCTION MACHINERY, INC.,

*Defendant-Cross Appellant,*

---

Appeals from the United States District Court
for the Eastern District of Virginia in No. 6:18-cv-00070-NKM-RSB
before Senior Judge Norman K. Moon

---

**DECLARATION OF BRIAN D. SCHMALZBACH IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF CROSS-APPELLANT BELVAC PRODUCTION MACHINERY, INC.**

---

I, Brian D. Schmalzbach hereby declare:

1. I am a partner in the law firm of McGuireWoods LLP and a member of the bar of this Court.

2. I represent Cross-Appellant Belvac Production Machinery, Inc. ("Belvac") in this appeal. I make this declaration in support of the accompanying Motion for Extension of Time to File Brief of Cross-Appellant Belvac Production Machinery, Inc.

3. Belvac's cross-appellant's brief is currently due on April 11, 2023.

4. Belvac seeks a thirty (30) day extension of time to file its cross-appellant's brief, making Belvac's brief due on May 11, 2023.

5. There is good cause for this extension of time to review the arguments raised in the opening brief of Appellants Crown Packaging Technology, Inc. and CarnaudMetalbox Engineering Ltd. (collectively, "Crown"), which differ in important respects from the arguments raised below.

6. There is also good cause for this extension to address Belvac's substantial cross-opening arguments, including that all of the asserted claims are invalid.

7. There is further good cause for this extension of time because Belvac needs time to counter-designate materials from which the appendix is compiled.

8. In addition, there is good cause for the extension because I have an expedited response brief deadline of March 27, 2023 in this Court for No. 23-1246, *Traxcell Technologies, LLC v. AT&T Inc.*

9. This is Belvac's first request for an extension of time in this matter.

10. I have conferred with counsel for Crown concerning this motion. Counsel for Crown stated that they consent to the requested extension.

/s/ Brian D. Schmalzbach
Brian D. Schmalzbach

*Counsel for Cross-Appellant Belvac Production Machinery, Inc.*

2