**Nos. 22-2299, -2300**

# United States Court of Appeals
# for the Federal Circuit

CROWN PACKAGING TECHNOLOGY, INC.,
CARNAUDMETALBOX ENGINEERING LTD.,
*Plaintiffs-Appellants*

v.

BELVAC PRODUCTION MACHINERY, INC.,
*Defendant-Cross-Appellant*

Appeals from the United States District Court for the Western District of Virginia
in No. 6:18-cv-00070-NKM-RSB, Senior Judge Norman K. Moon.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
## THE JOINT APPENDIX

**BAKER & HOSTETLER LLP**
Daniel J. Goettle
Jeffrey Lesovitz
Stephanie Hatzikyriakou
Robert Patrick Leeson
1735 Market Street
Suite 3300
Philadelphia, PA 19103-7501
(215) 568-3100

October 10, 2023

*Attorneys for Plaintiffs-Appellants*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 22-2299, -2300

**Short Case Caption** Crown Packaging Technology, Inc. v. Belvac Production Machinery, Inc.

**Filing Party/Entity** Crown Packaging Technology, Inc., CarnaudMetalBox Engineering Ltd.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.


Date: 06/07/2023                Signature:  /s/ Daniel J. Goettle

                               Name:     Daniel J. Goettle

**FORM 9. Certificate of Interest**

Form 9 (p. 2)
March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Crown Packaging Technology, Inc. | | Crown Holdings Incorporated |
| CarnaudMetalbox Engineering Ltd. | | Crown Holdings Incorporated |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| Alaina J. Lakawicz<br>Baker & Hostetler LLP | Amanda M. Morgan<br>Gentry Locke Rakes & Moore, LLP | Glenn Walthall Pulley<br>Gentry Locke Rakes & Moore, LLP |
| Paul B. Waxler<br>formerly of Baker & Hostetler LLP | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐  Yes (file separate notice; see below)    ☑  No    ☐  N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Rule 26(b) of the Federal Circuit Rules, Plaintiffs-Appellants Crown Packaging Technology, Inc., and CarnaudMetalbox Engineering Ltd. ("Appellants"), respectfully move to extend the time for the joint appendix filing in the above-captioned case by 21 days.  Counsel for Defendant-Cross-Appellant Belvac Production Machinery, Inc. ("Cross-Appellant") consents to this extension and does not oppose this motion.  There have been no previous extensions granted to Appellants for the joint appendix.

Good cause exists for this extension.  An extension will accommodate a number of professional and personal conflicts, including numerous obligations owed to other clients in other matters and for which Appellants' counsel is responsible, including: briefing in *In re: Snyder*, No. 23-1763 (Fed. Cir.); trial preparation and trial in *IGT, IGT Canada Solutions ULC v. Zynga Inc.*, No. 6:21-CV-331-ADA (W.D. Tex.); and briefing in *Horizon Global Americas Inc. v. Northern Stamping Co.*, No. 23-1767 (Fed. Cir.).

Appellants' request is reasonably tailored to accommodate counsel's professional and personal conflicts in this case.

For the Court's convenience, Appellants set forth below the new due date for the joint appendix:

|  | **Original Due Date** | **New Due Date** |
|---|---|---|
| Joint Appendix | October 18, 2023 | November 8, 2023 |

A declaration supporting this proposed extension is attached.


Date:  October 10, 2023

Respectfully submitted,

*/s/ Stephanie Hatzikyriakou*
Daniel J. Goettle
Jeffrey Lesovitz
Stephanie Hatzikyriakou
Robert Patrick Leeson
BAKER & HOSTETLER LLP
1735 Market Street
Suite 3300
Philadelphia, PA 19103-7501
(215) 568-3100

*Attorneys for Plaintiffs-Appellants*

## DECLARATION OF STEPHANIE HATZIKYRIAKOU

Pursuant to 28 U.S.C. § 1746, I, Stephanie Hatzikyriakou, declare as follows:

1.    I am an attorney duly licensed and admitted to practice before this Court and a member of the law firm of Baker Hostetler LLP.  I am counsel for Plaintiffs-Appellants Crown Packaging Technology, Inc., and CarnaudMetalbox Engineering Ltd. ("Appellants") in the above-captioned appeal.  I have personal knowledge of the facts in this declaration, and if called and sworn as a witness, could testify competently to them.  I make this declaration in support of the Unopposed Motion for Extension of Time to File the Joint Appendix, filed concurrently herewith.

2.    I make this declaration as required by Federal Circuit Rule 26(b)(3) to demonstrate good cause for an extension that exceeds 14 days.

3.    Under the existing schedule, the joint appendix is due on October 18, 2023.

4.    An extension will accommodate a number of professional and personal conflicts, including numerous obligations owed to other clients in other matters and for which Appellants' counsel is responsible, including: briefing in *In re: Snyder*, No. 23-1763 (Fed. Cir.); trial preparation and trial in *IGT, IGT Canada Solutions ULC v. Zynga Inc.*, No. 6:21-CV-331-ADA (W.D. Tex.); and briefing in *Horizon Global Americas Inc. v. Northern Stamping Co.*, No. 23-1767 (Fed. Cir.).

1

5.      On October 5, 2023, and October 6, 2023, counsel for Appellants discussed extending the deadline for the joint appendix with counsel for Cross-Appellant by email.

6.      Counsel for Cross-Appellant consents to extending the deadline by twenty-one days and does not oppose this motion.

7.      There is good cause for this extension of time based on the foregoing.


I declare under penalty of perjury that the foregoing is true and correct. Executed on October 10, 2023

/s/ Stephanie Hatzikyriakou<br>
Stephanie Hatzikyriakou

FORM 19. Certificate of Compliance with Type-Volume Limitations

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 22-2299, -2300

**Short Case Caption:** Crown Packaging Technology, Inc. v. Belvac Production Machinery, Inc.

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes __207__ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: __10/10/2023__

Signature: /s/ Stephanie Hatzikyriakou

Name: Stephanie Hatzikyriakou